Janet Trejo

October 12, 2021

To the honorable Judge Matthew F. Kennelly

I, Janet Trejo am writing this letter to you to provide a character reference about Mr. Fermin Ocampo, who I know as my boyfriend and friend for a period of 2 years. I provide this reference in full knowledge of Mr. Ocampo's charge of conspiracy to commit bank theft

I can say with complete confidence that Fermin Ocampo has made a mistake that he regrets. We speak constantly and he tells me all the time. During our time together I have found Fermin to be a charming, loving, and caring person. Fermin has 2 children and he is very active in their lives. Since our time together I have found that Fermin is a hard worker and responsible young man. I love Fermin Ocampo and I wish for the best and ask that you show him mercy and credit his time that he has done in Cook County Jail

Sincerely, Janet Trejo